959 F.2d 854
 David L. ADAMS, Petitioner-Appellant,
v.
R.S. PETERSON, Superintendent of O.S.C.I., Respondent-Appellee.
 No. 87-4191.
 United States Court of Appeals,
Ninth Circuit.
 March 27, 1992.
 
 Before WALLACE, Chief Judge, TANG, PREGERSON, NORRIS, WIGGINS, BRUNETTI, KOZINSKI, O'SCANNLAIN, TROTT, FERNANDEZ, and KLEINFELD, Circuit Judges.
 
 ORDER
 
 1
 The opinion of the panel in Adams v. Peterson, 939 F.2d 1369 (9th Cir.1991), is withdrawn.